MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
WILLLIAM GAVIRA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| UNITED STATES OF AMERICA, | ) | 2:22-CR-0069-GMN-DJA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| WILLIAM GAVIRA, | ) | (First Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between WILLIAM GAVIRA, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, that the sentencing in the above-captioned matter currently scheduled for December 13, 2022 at the hour of 2:00 p.m., be vacated and continued for thirty (30) days or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to defendant and he has no objection to this continuance.

2. Counsels need additional time to prepare for sentencing with his client.

3. Counsels has spoken to Assistant United States Attorney Sokolich and she has no opposition to the continuance.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

6. This is the first request for a continuance of the sentencing date in this case.

DATED this 23rd day of November 2022.

| | |
|---|---|
| PITARO & FUMO, CHTD. | JASON M FRIERSON<br>UNITED STATES ATTORNEY |
| /s/ Michael J. Miceli, Esq.<br>MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>#1100<br>ATTORNEY FOR DEFENDANT<br>WILLIAM GAVIRA | /s/ Kimberly Anne Sokolich Esq.<br>KIMBERLY ANNE SOKOLICH, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH.<br>LAS VEGAS, NEVADA 89101 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-CR-0069-RFB-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GAVIRA, | ) | (First Request) |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to defendant and he has no objection to this continuance.

2. Counsels need additional time to prepare for sentencing with his client.

3. Counsels has spoken to Assistant United States Attorney Sokolich and she has no opposition to the continuance.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

6. This is the first request for a continuance of the sentencing date in this case.

## **ORDER**

**IT IS ORDERED** that SENTENCING currently scheduled for December 13, 2022 at the hour of 2:00 p.m., be vacated and continued to this __17th__ day of __January__, 2023, at the hour of __10:00__ a.m. in Courtroom __7D__.

DATED this __28__ of __November__, 2022.

_____
U.S. DISTRICT JUDGE