MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
WILLLIAM GAVIRA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-CR-0069-GMN-DJA |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE SENTENCING |
| ) | |
| WILLIAM GAVIRA, ) | (Second Request) |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between WILLIAM GAVIRA, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, that the sentencing in the above-captioned matter currently scheduled for March 21, 2023, 2022 at the hour of 11:00 a.m., be vacated and continued for ninety (90) days or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to defendant and he has no objection to this continuance.

2. Counsel need additional time to prepare for sentencing with his client.

3. Counsel has spoken to Assistant United States Attorney Sokolich and she has no opposition to the continuance.

4. Counsel Miceli will need additional time to prepare for sentencing with defendant.

-1-

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

7. This is the third request for a continuance of the sentencing date in this case.

DATED this 10th day of March, 2023.

|  |  |
|---|---|
| PITARO & FUMO, CHTD. | JASON M FRIERSON<br>UNITED STATES ATTORNEY |
| /s/ Michael J. Miceli, Esq. | /s/ Kimberly Anne Sokolich Esq. |
| MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>WILLIAM GAVIRA | KIMBERLY ANNE SOKOLICH, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 2:22-CR-0069-RFB-DJA |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
| v.                              ) | |
|                                 ) | |
| WILLIAM GAVIRA,                 ) | (Second Request) |
|         Defendant.              ) | |
| _____) | |

<u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to defendant and he has no objection to this continuance.

2. Counsel need additional time to prepare for sentencing with his client.

3. Counsel has spoken to Assistant United States Attorney Sokolich and she has no opposition to the continuance.

4. Counsel Miceli will need additional time to prepare for sentencing with defendant.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

7. This is the third request for a continuance of the sentencing date in this case.

# **ORDER**

**IT IS ORDERED** that SENTENCING currently scheduled for March 21, 2023 at the hour of 11:00 a.m., be vacated and continued to this __27th__ day of _____June_____, 2023, at the hour of __9:00__ a.m. in Courtroom __7D__.

DATED this __10__ of __March__, 2023.

_____
U.S. DISTRICT JUDGE