THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for William Gavira*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00069-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| vs. | |
| WILLIAM GAVIRA, | **[FIRST REQUEST]** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America; and Maysoun Fletcher and Michael Miceli, counsels for William Gavira, that the Motion Hearing [ECF No. 74] currently scheduled for June 21, 2023 at 2:00 p.m. be vacated and continued one week. The Stipulation is entered into for the following reasons:

1. Defendant Gavira is currently in custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. Ms. Fletcher was recently appointed on this case and has received a copy of the file from Mr. Miceli, but needs time to work on a potential resolution for Mr. Gavira and meet with Mr. Gavira.
4. This is the first request for continuance.

1

DATED this 14th day of June, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| */s/ Kimberly Sokolich* | */s/ Maysoun Fletcher, Esq.* |
| Kimberly Sokolich | Maysoun A. Fletcher, Esq. |
| Assistant United States Attorney | Counsel for William Gavira |
| | |
| | */s/ Michael Miceli, Esq.* |
| | Michael Miceli, Esq. |
| | Counsel for William Gavira |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for William Gavira*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM GAVIRA,<br><br>Defendant. | Case No.:  2:22-cr-00069-GMN-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACTS

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Gavira is currently in custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. Ms. Fletcher was recently appointed on this case and has received a copy of the file from Mr. Miceli, but needs time to work on a potential resolution for Mr. Gavira and meet with Mr. Gavira.
4. This is the first request for continuance.

### CONCLUSIONS OF LAW

1. Denial of this request for continuance would likely result in a miscarriage of justice;

3

**ORDER**

**IT IS THEREFORE ORDERED** that the Motion Hearing set for June 21, 2023 is vacated and continued to _____ June 28. 2023 at 2:00 p.m. in Courtroom  7D .

Dated this   15   day of    June    , 2023.

_____
UNITED STATES DISTRICT JUDGE